IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REEFEDGE NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1042 (LPS) |
| | ) | |
| ARUBA NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| REEFEDGE NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1043 (LPS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| REEFEDGE NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1044 (LPS) |
| | ) | |
| MERU NETWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| REEFEDGE NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1143 (LPS) |
| | ) | |
| ADTRAN INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| REEFEDGE NETWORKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROCADE COMMUNICATIONS )<br>SYSTEMS INC., )<br>)<br>Defendant. ) | C.A. No. 12-1149 (LPS) |
| REEFEDGE NETWORKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERAKI, INC., )<br>)<br>Defendant. ) | C.A. No. 12-1674 (LPS) |
| REEFEDGE NETWORKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNIPER NETWORKS, INC., )<br>)<br>Defendant. ) | C.A. No. 13-412 (LPS) |

### **DEFENDANTS' MOTION TO SUPPLEMENT THE RECORD**

Defendants in these actions move to supplement the record for claim construction to include the attached excerpt of testimony of Dr. Richard K. Neves, given July 14, 2014, in his non-party deposition pursuant to subpoena (D.I. 145-1, C.A. No. 12-1043). Attached as Exhibit A are excerpts of the relevant portions of the transcript.

The testimony of Dr. Neves is relevant to claim construction on the issue of indefiniteness of the "short range" wireless claim terms. (D.I. 66, *et seq*.) Specifically, Dr.

2

Neves's testimony rebuts Plaintiff's position that the term "short range" was uniformly understood in the art at the time of the invention as including IEEE 802.11 protocols.

Dr. Neves was the head of engineering at ReefEdge, Inc. (*see* Ex. A, Neves Dep. 29:21-24) and responsible for developing the commercial products related to the Patents-in-Suit (*Id.* 28:24-29:1). He is a non-party and has no financial interest in this litigation. (*Id.* 10:7-9; 5:22-6:3). Dr. Neves testified in response to Cisco's questioning:

> Q    What did you mean when you referred to short range wireless?
> MR. WEISS: Objection to form.
> A    What I meant was the Bluetooth context at the time, Bluetooth devices did not have very much range at the time. Compared to 802.11 or what we know as wi-fi now.

(*Id.* at 46:10-16.) He then elaborated during Plaintiff's examination:

> Q    So previously, during the morning session, I believe you were asked the question about what short range wireless meant?
> A    Um-hum.
> Q    When you gave your answer, were you giving an answer in the context of the patents in suit?
> MR. BAIRD: Objection. Form, asked and answered.
> A    Yeah. I don't -- I don't remember what I said earlier. But if you want to re-ask, I can try to reconstruct the answer again.
> Q    Now, that's all right. I think -- if any of the testimony you gave today gave a definition for a term that's used in the claim?
> A    Yeah.
> Q    Would you have been givenning [*sic*] your answer as to the meaning of that term after reviewing the specification of the claims in the '761 patent?
> MR. BAIRD: Object to the form.
> A    So I had -- **the definition of short term, or short range wireless, to me is independent of the patents.**
> Q    Okay.
> A    **It's a general, well-understood concept, I think, that 802.11 is pretty long range and Bluetooth is short range, that's my assumption in answering the questions.**

(*Id.* 123:17-124:18, emphasis added.)

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Michael J. Flynn* |
| | Jack B. Blumenfeld (#1014) |
| | Michael J. Flynn (#5333) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | mflynn@mnat.com |
| OF COUNSEL: | |
| | *Attorneys for Defendants Aruba Networks, Inc., Cisco Systems, Inc., Juniper Networks, Inc,. and Meraki, Inc* |
| *For Defendants Aruba Networks, Inc., Cisco Systems, Inc,. and Meraki, Inc.:* | |
| | |
| L. Norwood Jameson | |
| Matthew C. Gaudet | |
| Stephanie Hansen | OF COUNSEL: |
| DUANE MORRIS LLP | |
| 1075 Peachtree Street NE, Suite 2000 | *For Defendant Juniper Networks, Inc.:* |
| Atlanta, GA 30309-3929 | |
| (404) 253-9600 | Morgan Chu |
| | Jonathan S. Kagan |
| John M. Baird | IRELL & MANELLA LLP |
| Christopher J. Tyson | 1800 Avenue of the Stars, Suite 900 |
| DUANE MORRIS LLP | Los Angeles, CA  90067-4276 |
| 505 9th Street, Suite 1000 | (310) 277-1010 |
| Washington, DC 20004-2166 | Douglas J. Dixon |
| (202) 776-7800 | Nima Hefazi |
| | Timothy J. Heggem |
| | IRELL & MANELLA LLP |
| | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA  92660 |
| | (949) 760-0991 |

| | |
|---|---|
| OF COUNSEL:<br><br>William F. Long<br>Joshua D. Curry<br>Tara C. Stuart<br>MCKENNA LONG & ALDRIDGE LLP<br>303 Peachtree Street N.E., Suite 5300<br>Atlanta, GA 30308<br>(404) 527-4000<br><br>Lora A. Brzezynski<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>(202) 496-7500 | PHILLIPS, GOLDMAN & SPENCE, P.A.<br><br>*/s/ John C. Phillips*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br><br>*Attorneys for Defendant ADTRAN, Inc.* |
| OF COUNSEL:<br><br>L. Scott Oliver<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>(650) 798-6768 | POTTER ANDERSON & CORROON LLP<br><br>*/s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Meru Networks, Inc.*<br>*and Brocade Communications Systems, Inc.* |

July 16, 2014

8391195

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1.**

I hereby certify that counsel for the parties have discussed the attached Motion to Supplement the Record, and Plaintiff has indicated that it intends to oppose the motion.


                                                */s/ Michael J. Flynn*  
                                                Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 16, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alexander C. Giza, Esquire<br>Marc A. Fenster, Esquire<br>Andrew D. Weiss, Esquire<br>Jacob R. Buczko, Esquire<br>Paul A. Kroeger, Esquire<br>Adam S. Hoffman, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                                                            */s/ Michael J. Flynn*
                                                                            Michael J. Flynn (#5333)