IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REEFEDGE NETWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1042 (LPS) |
| | ) |
| ARUBA NETWORKS, INC. and | ) |
| DELL INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| REEFEDGE NETWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1043 (LPS) |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| REEFEDGE NETWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1044 (LPS) |
| | ) |
| MERU NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| REEFEDGE NETWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1143 (LPS) |
| | ) |
| ADTRAN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |



| REEFEDGE NETWORKS, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | C.A. No. 12-1149 (LPS) |
| BROCADE COMMUNICATIONS SYSTEMS INC., | ) | |
| Defendant. | ) | |

REEFEDGE NETWORKS, LLC,
Plaintiff,
v.    C.A. No. 12-1674 (LPS)
MERAKI, INC.,
Defendant.

REEFEDGE NETWORKS, LLC,
Plaintiff,
v.    C.A. No. 13-412 (LPS)
JUNIPER NETWORKS INC.,
Defendant.

**STIPULATION AND [PROPOSED] ORDER TO STAY RELATING TO STANDING**

WHEREAS Plaintiff ReefEdge Networks, LLC ("ReefEdge") brought these actions for patent infringement ("ReefEdge Actions") against defendants Aruba Networks, Inc., Cisco Systems, Inc., Meru Networks, Inc., Adtran Inc., Brocade Communications Systems Inc., Meraki, Inc., and Juniper Networks Inc. (collectively "ReefEdge Defendants");

WHEREAS the basis for ReefEdge's standing as of the dates of their respective filings depends, in part, on a Patent Purchase Agreement and a related Patent Assignment Agreement

2

(collectively, the "ReefEdge Agreements") between ReefEdge and Symantec Corporation and Symantec International (collectively, "Symantec");

WHEREAS the parties dispute whether the ReefEdge Agreements confer standing on ReefEdge to maintain the ReefEdge Actions;

WHEREAS another plaintiff, Clouding IP LLC ("Clouding"), brought multiple patent infringement actions in this Court, including C.A. Nos. 12-639-LPS, 12-641-LPS, 12-675-LPS, 13-1455-LPS, 13-1456-LPS and 13-1458-LPS (collectively, the "Clouding Actions");

WHEREAS the basis for Clouding's standing in the Clouding Actions as of the dates of their respective filings depended, at least in part, on a Patent Purchase Agreement and a related Patent Assignment Agreement (collectively, the "Clouding Agreements") between Clouding and Symantec;

WHEREAS on July 28, 2014, this Court entered an order and memorandum opinion dismissing the Clouding Actions for lack of standing based in part on its conclusions regarding the Clouding Agreements ("Clouding Dismissals") (C.A. No. 12-639-LPS, D.I. 168 and 169, and corresponding entries in related cases.);

WHEREAS as to the issues of standing briefed and decided in the Clouding Actions, the ReefEdge Defendants contend that the Court's July 28, 2014 decision in the Clouding Actions is dispositive of ReefEdge's standing in the ReefEdge Actions because the ReefEdge Defendants contend that the Clouding Agreements and the ReefEdge Agreements are verbatim and identical in all relevant aspects, as previewed to the Court during the Markman Hearing of April 18, 2014 in the ReefEdge Actions (C.A. No. 12-1042, D.I. 139 at 155:20 – 157:6);

WHEREAS Clouding has expressed its intent to file a Motion for Reconsideration of the

Clouding Dismissals; and

WHEREAS ReefEdge and the ReefEdge Defendants wish to conserve the resources of the Court and the parties while the parties in the Clouding Action resolve the Clouding Dismissals in the District Court;

THEREFORE, Plaintiff and the ReefEdge Defendants by and through their undersigned counsel, hereby STIPULATE AND AGREE, subject to the Court's approval, as follows:

1.      All deadlines, depositions, and motions in the ReefEdge Actions are stayed as of July 28, 2014, the date of the Clouding Dismissals;

2.      Upon the later of a ruling on the Motion for Reconsideration of the Clouding Dismissals or the expiration of the time for filing such a motion, the parties in the ReefEdge Actions will meet and confer in good faith to determine whether agreement can be reached regarding the impact of the Clouding Dismissals and any ruling on any Motion for Reconsideration on these actions;

3.   Within 14 days after the later of a ruling on the Motion for Reconsideration of the Clouding Dismissals or the expiration of the time for filing such a motion, the parties shall either: (1) enter a further stipulation setting forth the agreed resolution of the standing issue; or (2) file one or motions relating to the standing issue; and

4.   Absent agreement of the parties, the stay shall expire 14 days after the later of a ruling on the Motion for Reconsideration of the Clouding Dismissals or the expiration of the time for filing such a motion.  Provided, however, that any party may make a motion to the Court to continue the stay, in which case such motion shall be briefed on an expedited basis and, if filed by the 14th day stated above, the stay shall remain in effect until the Court resolves such motion.

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan, Esquire (#4089)
Michael J. Farnan, Esquire (#5165)
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Plaintiff  ReefEdge
Networks, LLC

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

Attorneys for Defendants Aruba Networks,
Inc., Cisco Systems, Inc., Juniper Networks,
Inc., and Meraki, Inc.


PHILLIPS, GOLDMAN & SPENCE, P.A

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

Attorneys for Defendant ADTRAN, Inc.

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants Meru Networks, Inc.
and Brocade Communications Systems, Inc.*

**SO ORDERED**, this _____ day of _____, 2014.

_____
Chief Judge Leonard P. Stark